**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TOMMY CLARK,**

      **Plaintiff,**

**-vs-**                                       **Case No.  6:11-cv-1282-Orl-28KRS**

**THE TRANSITION HOUSE, INC.,**

      **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 20) filed December 13, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to Report and Recommendation (Doc. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed December 15, 2011 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Approve Settlement is **GRANTED in part**.

3.    The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

4. Counsel for Plaintiff is prohibited from withholding any portion of the $4,347.54 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

5. Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

6. The Court declines to reserve jurisdiction to enforce the settlement agreement.

7. This case is dismissed with prejudice.

8. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge